NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1173
(Serial No. 10/677,956)

IN RE SUZANNE ZEBEDEE, GENEVIEVE INCHAUSPE,
MARC S. NASOFF, and ALFRED M. PRINCE

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

The Acting Director of the United States Patent and Trademark Office moves for

a 45-day extension of time, until June 26, 2009, to file his brief. The appellants oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

MAY 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2009

JAN HORBALY
CLERK

cc:  Joseph E. Mueth, Esq.
     Raymond T. Chen, Esq.
s8